UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES J. LANDMAN, DAWN
R. LANDMAN,

    Plaintiffs,

v.                                      Case No. 07-12810

                                        HON. AVERN COHN

JEFF SKODAK, COLLEEN
GIOVANARDI, FIRST
METROPOLITAN MORTGAGE,
NOVASTAR MORTGAGE, INC.,

    Defendants.

v.

L & E CONSULTING GROUP, INC.,

    Garnishee.
_____/

**ORDER MOOTING OBJECTIONS TO GARNISHMENT (Doc. 31)**

In 2007, plaintiffs filed a complaint against defendants claiming violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, the Truth in Lending Act, 15 U.S.C. § 1601, Michigan's Mortgage Brokers Act, and unjust enrichment.

On February 3, 2009, the Clerk entered a default against the garnishee defendant, L&E Consulting Group, Inc. (L&E), whose registered agent was listed as defendant Jeff Skodak. (Doc. 27). The Clerk also entered a default judgment in the amount of $2000.00 against L&E. (Doc. 28).

On October 6, 2011, plaintiffs requested a writ of garnishment as to Skodak, with the Michigan Department of Treasury listed as the garnishee defendant. (Doc. 30). On

November 7, 2011, Skodak filed objections to the garnishment. (Doc. 31). On December 20, 2011, the day before a hearing on the matter, plaintiffs filed a garnishment release. (Doc. 34). In light of the release and as explained by plaintiff's counsel on the record on December 21, 2011,[1] the objections are denied as MOOT.

SO ORDERED.

    S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  December 21, 2011

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Jeff Skodak at 13555 Partridge Run, Shelby Twp, MI 48315 on this date, December 21, 2011, by electronic and/or ordinary mail.

    S/Julie Owens
Case Manager, (313) 234-5160

---

[1] Skodak did not appear at the hearing.